EDWARD D. MOORE, *Respondent, v.* JULIA M. RHODES and others, *Appellants.*— Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; PRATT, J., not sitting.

THE DUPLEX SAFETY BOILER COMPANY, *Respondent, v.* C. HENRY GORDEN and others, *Appellants.*— Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

JOHN BRAUN, *Respondent, v.* CHARLES J. FREYGANG, *Appellant.*— Judgment affirmed, with costs. Opinion by PRATT, J.

CORNELIA M. STEWART, *Appellant, v.* THE LONG ISLAND RAILROAD COMPANY, *Respondent.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.

STEPHEN LEE and others, *Respondents, v.* LEWIS R. STEGMAN, *as Sheriff, etc., Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

THE VILLAGE OF JAMAICA, *Respondent, v.* SAMUEL FLEET, *Appellant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

THOMAS H. TILDEN, *Respondent, v.* LOUIS HAMMELL, *Appellant.*— Order affirmed, with costs and disbursements. Opinion by PRATT, J.

HORATIO G. ONDERDONK, *Respondent, v.* WILLIAM CONSELYEA and others, *Appellants.*— Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

PHILIP REMBE, *Respondent, v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

MINNIE FUCHS, *Respondent, v.* MICHAEL MEYBERG, *Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

HENRY KNIGHT and others, *Respondents, v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by PRATT, J.

REUBEN L. FOWLER and others, *Respondents, v.* JAMES E. HELLER and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

JOHN H. BURROUGHS and others, *Respondents, v.* ELLIS R. THOMAS and others, *Appellants.* — Judgment that plaintiffs' complaint be dismissed as to Mrs. Folsom (plaintiff's appeal) affirmed, without costs; judgment against defendants Thomas and wife (Thomas and wife's appeal) affirmed, without costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

PATRICK FULLAN, *Respondent, v.* JAMES F. DARMONE, *Appellant.*— Judgment affirmed, with costs. Opinion by DYKMAN, J.